### GUY B. BARHAM CO. (WING CHONG LUNG) v. UNITED STATES

**No. 4510.**—Invoice dated Hong Kong, August 24, 1937.
Entered at Los Angeles, Calif., September 20, 1937.
Entry No. 3133.

(Decided February 2, 1939)

*Harper & Harper* (*Abraham Gottfried* of counsel) for the plaintiff.
*Webster J. Oliver*, Assistant Attorney General (*Daniel G. McGrath*, special attorney), for the defendant.

Brown, Judge: In this appraisement the Government admits that the entered values are correct, and the entered values are therefore affirmed. Judgment will be rendered accordingly.